# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1640

FENNER INVESTMENTS, LTD.,

                      Plaintiff-Appellant,

v.

CELLCO PARTNERSHIP (doing business as Verizon Wireless),

                      Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas in case no. 11-CV-0348, Chief Judge Leonard Davis.

Authorized Abbreviated Caption[2]

FENNER INVESTMENTS, LTD. V CELLCO PARTNERSHIP, 2013-1640

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.